UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN WEST,

    Plaintiff,

                              Case No. 11-12952

v.

                              Hon. John Corbett O'Meara

EVELYN BELL,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Before the court is Defendant's motion to dismiss, filed April 13, 2012. Plaintiff did not file a response, which was due May 7, 2012. The court did not hear oral argument.

Upon review of Defendant's brief and the legal authority cited therein, the court concludes that Plaintiff's complaint must be dismissed for lack of subject matter jurisdiction and because his claims are barred by sovereign immunity.

Therefore, IT IS HEREBY ORDERED that Defendant's motion to dismiss is GRANTED and Plaintiff's complaint is DISMISSED.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: May 17, 2012

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 17, 2012, using the ECF system and upon Plaintiff at 911 W. Michigan Ave., Ypsilanti, Michigan 48197 by first-class U.S. mail.

                                              s/William Barkholz  
                                              Case Manager